THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Dana Brown, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.  2007-UP-146
Submitted April 2, 2007  Filed April 3, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek,  of Columbia, for Appellant.
 J. Benjamin Aplin,  South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.
 
 
 

PER CURIAM: Dana Brown appeals the revocation of his community supervision and consequent one-year sentence.  Browns counsel attached a petition to be relieved, stating he reviewed the record and concluded this appeal lacks merit.  After a thorough review pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss appellants appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.          
ANDERSON and KITTREDGE,  JJ., and CURETON, A.J., concur.